<u>UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | | |
|---|---|---|---|
| IN RE: | 1121 PIER VILLAGE LLC, | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 21-11466 ELF |
| | | : | |
| IN RE: | 2626 FRANKFORD LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11467 ELF |
| | | : | |
| IN RE: | 193 HANCOCK LLC, | : | |
| | | : | |
| | Debtor | : | Bky.No. 21-11468 ELF |
| | | : | |
| IN RE: | 231 E 123 LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11469 ELF |
| | | : | |
| IN RE: | 285 KINGSLAND LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11470 ELF |
| | | : | |
| IN RE: | PENN TREATY HOMES LLC, | : | |
| | | : | |
| | Debtor | : | Bky No. 21-11471 ELF |

## **O R D E R**

**AND NOW,** the Debtors having commenced the above-captioned chapter 11 cases on **May 23, 2021**, it is **ORDERED** that:

1. A Status hearing is **SCHEDULED** on **May 26, 2021, at 11:00 a.m. in Bankruptcy

**Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street**,

**Philadelphia, Pennsylvania**[1]  to discuss how the Debtors are affiliated and related.

**Date: May 24, 2021**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1] The hearing will be conducted telephonically.