United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11469-elf |
| 231 E 123 LLC | Chapter 11 |
| 231 E 123 LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 231 E 123 LLC, 231 E 123rd Street, New York, NY 10035-2021 |
| db | | 231 E 123 LLC, MAILING ADDRESS, 93-16 71st Drive, Forest Hillls, NY 11375-6709 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 26, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | |
| | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| EDMOND M. GEORGE | |
| | on behalf of Debtor 231 E 123 LLC<br>michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | 1121 PIER VILLAGE LLC, | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 21-11466 ELF |
| | | : | |
| IN RE: | 2626 FRANKFORD LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11467 ELF |
| | | : | |
| IN RE: | 193 HANCOCK LLC, | : | |
| | | : | |
| | Debtor | : | Bky.No. 21-11468 ELF |
| | | : | |
| IN RE: | 231 E 123 LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11469 ELF |
| | | : | |
| IN RE: | 285 KINGSLAND LLC, | : | |
| | | : | |
| | Debtor | : | Bky. No. 21-11470 ELF |
| | | : | |
| IN RE: | PENN TREATY HOMES LLC, | : | |
| | | : | |
| | Debtor | : | Bky No. 21-11471 ELF |

**O R D E R**

**AND NOW,** the Debtors having commenced the above-captioned chapter 11 cases on **May 23, 2021**, it is **ORDERED** that:

1. A Status hearing is **SCHEDULED** on **May 26, 2021, at 11:00 a.m. in Bankruptcy

**Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street**,

**Philadelphia, Pennsylvania**[1]  to discuss how the Debtors are affiliated and related.

Date: May 24, 2021

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1]  The hearing will be conducted telephonically.

-2-