**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **1121 PIER VILLAGE LLC,** | : | **Case No. 21-11466 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **2626 FRANKFORD LLC,** | : | **Case No. 21-11467 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **193 HANCOCK LLC** | : | **Case No. 21-11468 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **231 E 123 LLC,** | : | **Case No. 21-11469 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **285 KINGSLAND LLC,** | : | **Case No. 21-11470 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PENN TREATY HOMES LLC,** | : | **Case No. 21-11471 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |

# ORDER DIRECTING JOINT ADMINISTRATION
# OF THE DEBTORS' CHAPTER 11 CASES

AND NOW, this 2nd day of July, 2021, upon consideration of the Motion of 1121 Pier Village LLC, Penn Treaty Homes LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC (collectively the "Debtors") seeking entry of an Order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the joint administration of the Debtors' Chapter 11 cases solely for procedural purposes; and it appearing that no further notice of the relief requested in the Motion is required; and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the joint administration of the Debtors' Chapter 11 cases shall be solely for administrative procedures and shall not be deemed a substantive consolidation of the Debtors' respective Chapter 11 cases; and it is further

**ORDERED**, that the following may be used for any matter coming before this Court that relates to the Debtors' Chapter 11 cases:

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **1121 PIER VILLAGE LLC,** | **Case No. 21-11466 (ELF)** |
| Debtor, et al. | **(Jointly Administered)** |

and it is further

**ORDERED**, that all original docket entries shall be made on the docket of 1121 Pier Village LLC, and an entry shall be made on the dockets of Penn Treaty Homes LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC substantially stating as follows: "An order has been entered consolidating this Chapter 11 case for procedural

purposes only and providing for its joint administration with the Chapter 11 case of 1121 Pier Village LLC, Case No. 21-11466 (ELF)."

 

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**